LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00010 |
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | **THEFT OF GOVERNMENT PROPERTY** |
| JENNIFER V. MUNA, | ) | [18 U.S.C. § 641] |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 14, 2007, in the District of Guam, the defendant, JENNIFER V. MUNA, willfully and knowingly, did steal and purloin United States property from the Army and Air Force Exchange Service, of the value of approximately $215.10, in violation of Title 18, United States Code, Section 641.

DATED this 12th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Benjamin Q. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

08-00010

**Place of Offense:**

City     Hagatna

Country/Parish     N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number ~~08-00002~~
Same Defendant _____ New Defendant    X
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No   X     Matter to be sealed: ____ Yes   X   No

Defendant Name     Jennifer V. Muna

Allisas Name _____

Address _____

Agana Heights, Guam

**RECEIVED FEB 12 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date   XX/XX/1983   SS# XXX-XX-8641   Sex   F   Race CH   Nationality   US

**U.S. Attorney Information:**

SAUSA    Benjamin Beliles

**Interpreter:**    X   No    ___ Yes       List language and/or dialect:   N/A

**Location Status:**

Arrest Date    14 Nov 07

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    1      ____ Petty   X   Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date:   12 Feb 08    Signature of SAUSA: *Benjamin A. Beliles*