LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 08-00010
                               )
                    Plaintiff, )
                               )        **O R D E R**
        vs.                    )   **Re: United States' Request**
                               )   **For Issuance of Summons**
JENNIFER V. MUNA,              )
                               )
                    Defendant. )
_____)

        Upon the filing of an Information and the request of the government,

        IT IS SO ORDERED that a summons be issued for the above-named defendant to appear

before this Court on Friday, February 22, 2008, at 9:45 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Feb 14, 2008**