# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00010                              DATE: February 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio          Electronically Recorded: 10:10:01 - 10:18:48
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Jennifer V. Muna              Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Bejamin Beliles            U.S. Agent:
U.S. Probation: Christopher Duenas        U.S. Marshal: D. Punzalan
Interpreter:                              Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant orally consented to enter her plea before a U.S. Magistrate Judge.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Information.
- Plea entered: Not guilty
- Trial set for: April 22, 2008 at 9:30 a.m.
- Court removes subsection G of the release conditions.
- Defendant released.

NOTES: