DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**JENNIFER V. MUNA,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 08-00010<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the FEDERAL PUBLIC DEFENDER is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 14, 2008.

　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**
　　　　　　　　　　　　　　　　　**Dated: Feb 22, 2008**