AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**JENNIFER V. MUNA**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-08-00010-001**

*FILED*
*DISTRICT COURT OF GUAM*
*FEB 2 2 2008*
*JEANNE G. QUINATA*
*Clerk of Court*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before:    **Honorable Joaquin V.E. Manibusan, Jr.** | Date and Time<br>**Friday, February 22, 2008 at 9:45 a.m.** |

To answer a(n)
- ☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **641**

Brief description of offense:

**Theft of Government Property**

*RECEIVED*
*FEB 14 2008*
*US MARSHALS SERVICE-GUAM*

*ORIGINAL*

Carmen B. Santos, Deputy Clerk
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer

February 14, 2008
Date

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 2/19/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Marshals Service, Hagatna G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/19/08
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.