LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 1 1 2008 ᵖᴰ.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNIFER VENTURA MUNA,<br><br>                Defendant. | CRIMINAL 4.4<br>~~MAGISTRATE~~ CASE NO. 08-00010<br><br>**STIPULATION OF PARTIES TO CONTINUE TRIAL DATE AND TO VACATE PRETRIAL CONFERENCE** |

     Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JENNIFER V. MUNA, by and through her attorney, John T. Gorman, Federal Public Defender, and hereby stipulate and request to continue the trial date, currently set for April 22, 2008, to a date convenient with the Court, possibly on May 1, or May 2, 2007. Additionally, both parties stipulate and request that the pretrial conference, currently set for April 15, 2008, be vacated.

     It is further stipulated and agreed by and between the parties, that the time period beginning and including April 10, 2008, to and including the new, rescheduled trial date, be excluded under 18 U.S.C. '3161(h)(8)(A) of the Speedy Trial Act.

     The parties make this request because this case was referred to U.S. Probation for investigation to determine whether Pretrial Diversion is appropriate for JENNIFER V. MUNA. Due to unavoidable delay, U.S. Probation has been unable to

complete its investigation and will require more time for completion. The ends of justice are best served by granting such continuance and this excluded delay is in the best interest of both the public and the defendant for speedy trial purposes.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4/10/08
Date

KURT E. GRUNAWALT
Special Assistant U.S. Attorney

4/10/08
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant