DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00010 |
| Plaintiff, | ) | |
| vs. | ) | |
| JENNIFER V. MUNA, | ) | ORDER |
| Defendant. | ) | |

The jury trial for the above-named Defendant is scheduled to commence on April 22, 2008, with a pretrial conference scheduled for April 15, 2008. On April 11, 2008, the parties filed a stipulation advising the court that the Defendant is being considered for the pretrial diversion program. See Docket No. 11. Because further investigation is still pending, a final determination as to whether the Defendant qualifies for pretrial diversion has not been made at this time.

Accordingly, the parties' request to continue the trial date is granted, and trial herein is continued to May 2, 2008, at 9:00 a.m. Additionally, the April 15th pretrial conference is hereby vacated. The parties shall submit or file all pretrial documents (exhibits lists, exhibit binders, etc.) by April 25, 2008, at 3:00 p.m. If the Defendant is accepted into the pretrial diversion program prior to said date, the United States shall so notify the court and timely file the appropriate dismissal documents so as to avoid the need to summon the jurors required for trial.

Furthermore, the period of time between April 11, 20087, and May 2, 2008, shall be excluded under the Speedy Trial Act, based on the Court's finding that the granting of a short

1 continuance in this matter to permit the completion of the pretrial diversion investigation serves
2 the ends of justice and outweighs the best interest of the public and the Defendant in a speedy
3 trial.
4     IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Apr 15, 2008**