LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00010 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO VACATE TRIAL** |
| JENNIFER VENTURA MUNA, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America and hereby motion this Honorable Court to vacate the trial in the above case. The defendant has entered and has been accepted by U.S. Probation Office, into a pretrial diversion on 21 April, 2008 for eighteen (18) months. Upon successful completion of the pretrial diversion, the government will move to dismiss the Information.

DATED this 22nd day of April, 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and NMI

                                          /s/ Kurt E. Grunawalt by
                          By:    /s/ Rosetta San Nicolas
                                            KURT E. GRUNAWALT
                                          Special Assistant U.S. Attorney