# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00010 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JENNIFER V. MUNA, ) | |
| Defendant. ) | |

On February 12, 2008, an Information was filed charging the Defendant with Theft of Government Property, in violation of 18 U.S.C. § 641. On April 22, 2008, the United States filed a motion to vacate the trial date because the Defendant had been accepted to participate in a 18-month long pretrial diversion program. See Docket No. 13.

Accordingly, the court dismisses the Information without prejudice for a period of 18 months, commencing on April 21, 2008. If the charge is not reinstated by motion of the United States within 18 months, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Apr 28, 2008**